IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ENRIQUE ACOSTA,
    Plaintiff,

vs.                                        CASE NO.:  5:07cv82/MCR/MD

DR.  MICHAEL NELSON, et al.,
    Defendants.
_____/

O R D E R

    Upon consideration of the Report and Recommendation of the Magistrate Judge filed on May 19, 2009, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    The defendants' Motion to Dismiss or, in the Alternative, Motion for Summary Judgment (doc.  67) is DENIED WITHOUT PREJUDICE.

    3.    The clerk shall transfer this action to the United States District Court for the District of Columbia for further proceedings.

    DONE AND ORDERED this 22nd day of June, 2009.


                              *s/ M. Casey Rodgers*
                              M. CASEY RODGERS
                              UNITED STATES DISTRICT JUDGE